UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAUL ONDIS,

    Plaintiff,

v.                                      Case No: 5:21-cv-466-BJD-PRL

MATTHEW B. LEIDER, CHRISTIAN
SAVIO, MYA M. HACHETTE, LAW
OFFICES OF MANDEL,
MANGANELLI & LEIDER, P.A. and
WINDERWEEDLE, HAINES, WARD
& WOODMAN, P.A.,

    Defendants.

## ORDER

Plaintiff, who is proceeding *pro se*, filed a motion to strike the notice of appearance of Christian Savio, counsel for Defendants Matthew B. Leider, Christian Savio, and the Law Offices of Mandel, Manganelli & Leider, P.A. (Doc. 27). Plaintiff notes that a corporation cannot represent itself in court, which is true, but not applicable in this case. The corporation (the Law Offices of Mandel, Manganelli & Leider, P.A.) is not representing itself. Mr. Savio is representing the corporation, as well as representing himself and Mr. Leider.

Accordingly, Plaintiff's motion to strike is due to be DENIED.

**DONE** and **ORDERED** in Ocala, Florida on October 14, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties