## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**PAUL ONDIS,**

     **Plaintiff,**

**v.**                                          **Case No: 5:21-cv-466-BJD-PRL**

**MATTHEW B. LEIDER, CHRISTIAN**
**SAVIO, MYA M. HACHETTE, LAW**
**OFFICES OF MANDEL,**
**MANGANELLI & LEIDER, P.A. and**
**WINDERWEEDLE, HAINES, WARD**
**& WOODMAN, P.A.,**

     **Defendants.**

_____

### ORDER

Plaintiff, who is proceeding *pro se*, has filed a motion for Clerk's default against all Defendants. (Doc. 31). Pursuant to Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Here, all Defendants have timely filed motions to dismiss (Docs. 15, 16) and have not failed to plead or otherwise defend.

Accordingly, Plaintiff's motion for Clerk's default (Doc. 31) is **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on October 21, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties