UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAUL ONDIS,

    Plaintiff,

v.                                  Case No: 5:21-cv-466-BJD-PRL

MATTHEW B. LEIDER, CHRISTIAN SAVIO, MYA M. HACHETTE, LAW OFFICES OF MANDEL, MANGANELLI & LEIDER, P.A. and WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.,

    Defendants.

## ORDER

Plaintiff, who is proceeding *pro se*, has filed a second motion for Clerk's default against all Defendants. (Doc. 40). Pursuant to Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." On October 21, 2021, the court denied the initial motion for Clerk's default because the defendants had all timely filed motions to dismiss. (Doc. 32). The motions to dismiss are still before the court and none of the defendants have failed to plead or otherwise defend.

Accordingly, Plaintiff's second motion for Clerk's default (Doc. 40) is **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on December 17, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties